IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JUAN L. LOREDO,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

Case No. 12-cv-291-bbc

UNITED STATES OF AMERICA,

    Respondent.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Juan L. Loredo's motion for post conviction relief under 28 U.S.C. § 2255.

*Peter Oppeneer* (signature)
Peter Oppeneer, Clerk of Court

SEP 14 2012
Date