IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JUAN L. LOREDO,

Petitioner,                                         JUDGMENT IN A CIVIL CASE

v.                                                  Case No. 12-cv-291-bbc

UNITED STATES OF AMERICA,

Respondent.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Juan L.

Loredo's motion for post conviction relief under 28 U.S.C. § 2255.

_Peter Oppeneer_                                    SEP 14 2012

Peter Oppeneer, Clerk of Court                      Date